UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEPHEN LEIGHT, | CASE NO. 3:15-cv-01410-HZ |
| Plaintiff, | STIPULATION TO SETTLEMENT OF ATTORNEY FEE, PRE-JUDGMENT INTEREST AND COSTS; ORDER |
| vs. | |
| UNION SECURITY INSURANCE COMPANY, | Hon. Marco A. Hernandez |
| Defendant. | |

In accord with the Judgment filed on June 15, 2016 in this case, the parties have met and conferred, and stipulated to a full agreement and settlement of the attorney fees, pre-judgment interest and costs in this matter as follows:

(1) Attorney fees: $80,000.00.

(2) Costs: $400.00.

(3) Pre-judgment and post-judgment interest rate will be .53%.

Dated July 21, 2016     Buchman Provine Brothers Smith LLP

By: /s/ Horace W. Green
Horace W. Green (Admitted Pro Hac Vice)
Attorneys for Defendant
Union Security Insurance Company

Dated July 21, 2016        Law Office of P. Randall Noah

                                 By:  /s/ P. Randall Noah
                                 P. Randall Noah (Admitted Pro Hac Vice)
                                 Attorney for Plaintiff, Stephen Leight

## ORDER

Based upon the stipulation of the parties,

IT IS ORDERED that that Defendant shall:

(1) Pay plaintiff's attorney fees of $80,000.00;

(2) Pay Plaintiff's costs in this matter of $400.00;

(3) Pay Plaintiff's pre-judgment and post-judgment interest at a rate of .53%.

DATED: _July 25_, 2016

_/s/ Marco Hernandez_
MARCO A. HERNANDEZ
Judge, United States District Court